IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JENNIFER STEPHENS, )
)
Plaintiff, )
)
v. ) No. 1:13-cv-140
) JUDGE HAYNES
ENOCH GEORGE, )
MAURY COUNTY JAIL, )
)
Defendants. )

*ORDER*
*The motion*
*is GRANTED for*
*the reasons*
*stated in the*
*motion.*
*William [signature]*
*1-2-14*

## DEFENDANT ENOCH GEORGE'S MOTION FOR STAY

Comes Defendant Enoch George, and moves the Court for entry of an Order

staying the above-styled case consistent with the Court's Order entered in *Germontric*

*Driver v. Enoch George, et al.*, Docket No. 1:12-cv-0054 (D.E. No. 29) in which the

Court stayed numerous pro se inmate cases alleging issues with the conditions of

confinement at the Maury County Jail. The claims in this action contain claims common

to claims filed by Plaintiff Driver and five others in which the Plaintiffs are represented

by counsel. The other five cases are as follows: *Daniel Adam Jones v. Maury County*

*Hospital, et al.*, Docket No. 1:12-cv-88, *Larry McGuire v. Enoch George, et al.,* Docket

No. 1:12-cv-82, *Justin Mack McKennon, et al. v. Enoch George, et al.,* Docket No. 1:12-

cv-95, *Cyon Sept v. Enoch George, et al.*, Docket No. 1:12-cv-85, *James Andrew Wall*

*v. Enoch George et al.,* 1:12-cv-118.

Defendant Enoch George respectfully requests that the Court should stay this

case in the interest of judicial efficiency, along with numerous other *pro se* actions